IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. 09-4147 CW |
| Plaintiffs, | ORDER RELATING CASES |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |

Pursuant to Civil L.R. 3-12, the Court, on its own motion, relates the following cases to the above-entitled action:

<u>Saunders, et al. v. AstraZeneca LP, et al.</u>, 09-4148 CW

<u>Marte, et al. v. AstraZeneca LP, et al.</u>, 09-4164 CW

<u>Nguyen, et al. v. AztraZeneca LP, et al.</u>, 09-4166 CW

IT IS SO ORDERED.

Dated: 9/21/2010

CLAUDIA WILKEN
United States District Judge