**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
| Plaintiffs, | ORDER GRANTING IN PART AND DENYING IN PART WITHOUT PREJUDICE JOINT MOTION FOR LEAVE TO FILE UNDER SEAL |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |

| | |
|---|---|
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| ANGEL COLON, et al., | No. C 09-4158 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |
| MARK COFFEY, et al., | No. C 09-4161 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |
| _____/ | |

2

|   |   |
|---|---|
| SHARON DISTON, et al., | No. C 09-4165 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |

|   |   |
|---|---|
| DAMON BROWN, et al., | No. C 10-0288 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |

|   |   |
|---|---|
| DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION, | |
| Defendants. | |

Plaintiffs in these related cases and Defendants AstraZeneca LP, AstraZeneca Pharmaceuticals LP and McKesson Corporation jointly move for leave to file under seal documents related to their stipulated motion for an "Order Establishing a Qualified Settlement Fund and Appointing Fund Administrator" (Stipulated Motion).

3

Because the public interest favors filing all court documents in the public record, any party seeking to file a document under seal must demonstrate good cause to do so. <u>Pintos v. Pac. Creditors Ass'n</u>, 565 F.3d 1106, 1115 (9th Cir. 2009). This cannot be established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal. <u>See</u> Civil L.R. 79-5(a).

In the declaration supporting their motion to seal, the parties indicate that they have entered into a Master Settlement Agreement (MSA), which involves the establishment of a Qualified Settlement Fund (QSF). They assert that both "the MSA and the QSF contain and concern confidential, private and sensitive settlement information." Dunlap Decl. ¶ 3.

Not all of the documents the parties seek to file under seal appear to implicate information regarding the MSA and the QSF. The stipulation filed in support of the motion contains specific, detailed information about the settlement. However, the Stipulated Motion does not appear to contain such information. Requests for leave to file documents under seal must be narrowly tailored. <u>See</u> Civ. L.R. 79-5(a).

Accordingly, the parties' motion to seal is GRANTED in part and DENIED in part without prejudice. The "Stipulation with Respect to Motion Regarding Plaintiffs' Request for Administrative Relief and for Order Establishing a Qualified Settlement Fund and Appointing Fund Administrator" may be filed under seal. Within

4

three days of the date of this Order, the parties may renew their motion for leave to file their Stipulated Motion under seal, so long as they proffer a declaration establishing the Stipulated Motion's sealability.  In the alternative, they shall file the Stipulated Motion in the public record within three days.

IT IS SO ORDERED.

Dated: 2/7/2011

CLAUDIA WILKEN
United States District Judge