IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 09-4147 CW<br><br>ORDER ON STIPULATED MOTION REGARDING PLAINTIFFS' REQUEST FOR ADMINISTRATIVE RELIEF AND ORDER ESTABLISHING QUALIFIED SETTLEMENT FUND AND APPOINTING FUND ADMINISTRATOR |
| LISA SAUNDERS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 09-4148 CW |
| KIMBERLY KESSLER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 09-4149 CW |

United States District Court
For the Northern District of California

| | |
|---|---|
| CYNTHIA ARNOLD, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION,<br><br>　　　　Defendants._____/ | No. C 09-4157 CW |
| ANGEL COLON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION,<br><br>　　　　Defendants._____/ | No. C 09-4158 CW |
| MARK COFFEY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASTRAZENECA LP, ASTRAZENECA PHARMACEUTICALS LP and MCKESSON CORPORATION,<br><br>　　　　Defendants._____/ | No. C 09-4161 CW |

2

```
SHARON DISTON, et al.,                    No. C 09-4165 CW

       Plaintiffs,

  v.

ASTRAZENECA LP, ASTRAZENECA
PHARMACEUTICALS LP and MCKESSON
CORPORATION,

       Defendants.
                                    /
DAMON BROWN, et al.,                      No. C 10-0288 CW

       Plaintiffs,

  v.

ASTRAZENECA LP, ASTRAZENECA
PHARMACEUTICALS LP and MCKESSON
CORPORATION,

       Defendants.
                                    /
DENNIS O'BRIEN, et al.,                   No. C 10-0289 CW

       Plaintiffs,

  v.

ASTRAZENECA LP, ASTRAZENECA
PHARMACEUTICALS LP and MCKESSON
CORPORATION,

       Defendants.
                                    /
```

Plaintiffs in these related cases and Defendants AstraZeneca LP, AstraZeneca Pharmaceuticals LP and McKesson Corporation ask the Court to assert jurisdiction over a settlement fund discussed in the parties' Master Settlement Agreement (MSA). In support of this joint request, the parties cite 26 C.F.R. § 1.468B-1(c)(1).

3

Plaintiffs, but not Defendants, also seek an order establishing the "Miller Qualified Settlement Fund" and appointing the Garretson Firm Resolution Group, Inc. as fund administrator and trustee.

Treasury Regulation section 1.468B-1(c)(1) defines a qualified settlement fund to be one that is "established pursuant to an order of, or is approved by, the United States, any state (including the District of Columbia), territory, possession, or political subdivision thereof, or any agency or instrumentality (including a court of law) of any of the foregoing and is subject to the continuing jurisdiction of that governmental authority." The regulation states that a fund is "'ordered by' or 'approved by' a governmental authority . . . when the authority issues its initial or preliminary order to establish, or grants its initial or preliminary approval of, the fund, account, or trust, even if that order or approval may be subject to review or revision." 26 C.F.R. § 1.468B-1(e)(1). The regulation, however, does not appear to provide the authority for the Court to establish a fund, or explain the criteria for doing so.

These related cases are not class actions. Thus, there are no absent class members to whom the Court owes a duty to protect and the Court is not required to grant preliminary approval of the parties' settlement. This contrasts with the examples identified in section 1.468B-1, which refer to instances in which a court has approved of settlements with a plaintiff class.

Accordingly, within three days of the date of this Order, the parties shall file a joint brief, not to exceed three pages, on the authority by which the Court may grant the relief they seek and the

4

criteria it should apply.  Further, the parties shall explain why the Court's intervention in their settlement is necessary.

IT IS SO ORDERED.

Dated: 2/15/2011



CLAUDIA WILKEN
United States District Judge