IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
|     Plaintiffs, | ORDER DIRECTING PLAINTIFFS' COUNSEL TO FILE REGULAR STATUS REPORTS |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |
| DONALD BATES, et al., | No. C 09-4150 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |

| | |
|---|---|
| CAROLYN HARRISON, et al., | No. C 09-4151 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| _____/ | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| _____/ | |
| ANGEL COLON, et al., | No. C 09-4158 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| _____/ | |
| TODD BOGGIS, et al., | No. C 09-4159 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| _____/ | |

|    |                              |                    |
|----|------------------------------|--------------------|
| 1  | MARK COFFEY, et al.,         | No. C 09-4161 CW   |
| 2  |     Plaintiffs, |              |
| 3  |   v.               |                    |
| 4  | ASTRAZENECA, LP, et al.,     |                    |
| 5  |     Defendants. |              |
| 6  | _____/    |                    |
| 7  | ANTONIO BURTON, et al.,      | No. C 09-4162 CW   |
| 8  |     Plaintiffs, |              |
| 9  |   v.               |                    |
| 10 | ASTRAZENECA, LP, et al.,     |                    |
| 11 |     Defendants. |              |
| 12 | _____/    |                    |
| 13 | GLORIA MILLER, et al.,       | No. C 09-4163 CW   |
| 14 |     Plaintiffs, |              |
| 15 |   v.               |                    |
| 16 | ASTRAZENECA, LP, et al.,     |                    |
| 17 |     Defendants. |              |
| 18 | _____/    |                    |
| 19 | DAVID MARTE, et al.,         | No. C 09-4164 CW   |
| 20 |     Plaintiffs, |              |
| 21 |   v.               |                    |
| 22 | ASTRAZENECA, LP, et al.,     |                    |
| 23 |     Defendants. |              |
| 24 | _____/    |                    |

United States District Court
For the Northern District of California

```
 1  SHARON DISTON, et al.,                    No. C 09-4165 CW
 2         Plaintiffs,
 3      v.
 4  ASTRAZENECA, LP, et al.,
 5         Defendants.
 6  _____/
 7  BONG NGYUEN, et al.,                      No. C 09-4166 CW
 8         Plaintiffs,
 9      v.
10  ASTRAZENECA, LP, et al.,
11         Defendants.
12  _____/
13  DAMON BROWN, et al.,                      No. C 10-0288 CW
14         Plaintiffs,
15      v.
16  ASTRAZENECA, LP, et al.,
17         Defendants.
18  _____/
19  DENNIS O'BRIEN, et al.,                   No. C 10-0289 CW
20         Plaintiffs,
21      v.
22  ASTRAZENECA, LP, et al.,
23         Defendants.
24  _____/
```

On February 18, 2011, in each of the above-captioned related cases, the Court granted the parties' stipulated motion to establish a qualified settlement fund and appoint a fund administrator. Plaintiffs in some of the above captioned cases

4

(09-4150, 09-4151, 09-4159, 09-4162, 09-4163, 09-4164 and 09-4166) are represented by the Mulligan Law Firm (hereinafter, the Mulligan cases).  Plaintiffs in the remaining cases (09-4147, 09-4148, 09-4149, 09-4157, 09-4158, 09-4161, 09-4165, 10-288 and 10-289) are represented by the Miller Firm (hereinafter, the Miller cases).

Subsequently, in the Mulligan cases, Plaintiffs' counsel informed the Court that certain Plaintiffs completed their settlements with Defendants and filed stipulations of dismissal on behalf of these Plaintiffs.  In these cases as well, after issuing an order to show cause, the Court dismissed with prejudice the claims brought by certain Plaintiffs who failed to keep in touch with their counsel or to respond their counsel's inquiries to indicate whether they would or would not participate in the Master Settlement Agreement (MSA) reached in these cases.  Several Plaintiffs remain in each of the Mulligan cases at this time.

In the Miller cases, Plaintiffs' counsel has not informed the Court of the status of the parties' settlement on behalf of any Plaintiff since February 18, 2011.

Within two weeks of the date of this Order, in each of the above-captioned matters, Plaintiffs' counsel shall file a status report indicating the status of each remaining Plaintiff.  In a table in the status report, counsel shall provide the following information for each remaining Plaintiff:

(1)  Whether the Plaintiff has resolved his or her claims, including (a) by finalizing his or her participation in the MSA or (b) by means other than the MSA; and

5

(2) If the Plaintiff has not resolved his or her claims, whether the Plaintiff intends to participate in or reject the MSA.

In the status report, counsel shall also identify any Plaintiffs who have failed to respond to counsel's efforts to contact them in order to ascertain whether or not they will participate in the MSA, and shall detail the efforts made to contact them.

Within four weeks of the date of this Order, counsel shall finalize settlements for any Plaintiffs who intend to participate in the MSA. When the claims of any individual Plaintiff have been resolved, Plaintiffs' counsel shall within three days seek and file a stipulation of dismissal as to that Plaintiff. Plaintiffs' counsel shall notify the Court immediately when the claims of all Plaintiffs in any of the above-captioned cases have been dismissed.

A case management conference shall be held on October 10, 2012 at 2:00 p.m. to set dates regarding the claims made by all Plaintiffs who remain on that date.

IT IS SO ORDERED.

Dated: 8/24/2012

CLAUDIA WILKEN
United States District Judge