IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4147 CW<br><br>ORDER DIRECTING PLAINTIFFS' COUNSEL TO PROVIDE ADDITIONAL INFORMATION AND TO FILE STIPULATIONS OF DISMISSAL |
| LISA SAUNDERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4148 CW |
| CYNTHIA ARNOLD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4157 CW |
| ANGEL COLON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4158 CW |

|    |                                    |                   |
|----|------------------------------------|-------------------|
| 1  | MARK COFFEY, et al.,               | No. C 09-4161 CW  |
| 2  |     Plaintiffs, |                  |
| 3  |   v.                     |                   |
| 4  | ASTRAZENECA, LP, et al.,           |                   |
| 5  |     Defendants. |                  |
| 6  | _____/  |                   |
| 7  | SHARON DISTON, et al.,             | No. C 09-4165 CW  |
| 8  |     Plaintiffs, |                  |
| 9  |   v.                     |                   |
| 10 | ASTRAZENECA, LP, et al.,           |                   |
| 11 |     Defendants. |                  |
| 12 | _____/  |                   |
| 13 | DAMON BROWN, et al.,               | No. C 10-0288 CW  |
| 14 |     Plaintiffs, |                  |
| 15 |   v.                     |                   |
| 16 | ASTRAZENECA, LP, et al.,           |                   |
| 17 |     Defendants. |                  |
| 18 | _____/  |                   |
| 19 | DENNIS O'BRIEN, et al.,            | No. C 10-0289 CW  |
| 20 |     Plaintiffs, |                  |
| 21 |   v.                     |                   |
| 22 | ASTRAZENECA, LP, et al.,           |                   |
| 23 |     Defendants. |                  |
| 24 | _____/  |                   |

(Left margin: **United States District Court** — For the Northern District of California)

    On August 24, 2012, the Court directed Plaintiffs' counsel to file a status report indicating the status of each remaining Plaintiff and specified certain information that was to be included in the status report. The Court also ordered that, when

1 the claims of any individual Plaintiff had been resolved, within
2 three days, Plaintiffs' counsel was required to seek and file a
3 stipulation of dismissal as to that Plaintiff.

4     On September 11, 2012, Plaintiffs' counsel filed a status
5 report.  In the report, counsel indicated that, by that date, 263
6 Plaintiffs had "fully resolved their claims by finalizing his or
7 her participation under the Settlement Agreement."  Status Report,
8 3.  However, Plaintiffs' counsel has not yet filed a stipulation
9 of dismissal as to any of these Plaintiffs.  Plaintiffs' counsel
10 shall do so within three days of the date of this Order.

11     Counsel also indicated that eighty-three Plaintiffs "have
12 failed to respond to counsel's efforts to contact them regarding
13 the settlement."  Id.  However, in the status report, Plaintiffs'
14 counsel did not detail the efforts that counsel made to contact
15 these Plaintiffs, as directed by the August 24, 2012 Order.
16 Plaintiffs' counsel shall provide such details within three days
17 of the date of this Order.

18     Further, Plaintiffs' counsel noted that forty-two Plaintiffs
19 "were not included, or did not qualify, under the terms of the
20 settlement" reached in these cases.  Id.  However, counsel has not
21 explained why these Plaintiffs were not included or did not
22 qualify under the terms of the settlement.  Plaintiffs' counsel
23 shall provide such an explanation within three days of the date of
24 this Order, and if appropriate, shall move to dismiss voluntarily
25 the claims of these Plaintiffs.

26     Finally, Plaintiffs' counsel noted that twenty-five
27 Plaintiffs intend to participate in the global settlement but have
28 not yet finalized their claims.  The Court reminds Plaintiffs'

3

counsel that the August 24, 2012 Order required that counsel finalize these settlements within four weeks of the date of that Order, or by Friday, September 21, 2012.

IT IS SO ORDERED.

Dated: 9/17/2012

CLAUDIA WILKEN
United States District Judge