United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
|     Plaintiffs, | ORDER DIRECTING PLAINTIFFS' COUNSEL TO PROVIDE ADDITIONAL INFORMATION AND TO FILE STIPULATIONS OF DISMISSAL |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |
| ANGEL COLON, et al., | No. C 09-4158 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| _____/ | |

```
1  MARK COFFEY, et al.,                      No. C 09-4161 CW
2          Plaintiffs,
3       v.
4  ASTRAZENECA, LP, et al.,
5          Defendants.
6  _____/
7  SHARON DISTON, et al.,                    No. C 09-4165 CW
8          Plaintiffs,
9       v.
10 ASTRAZENECA, LP, et al.,
11         Defendants.
12 _____/
13 DAMON BROWN, et al.,                      No. C 10-0288 CW
14         Plaintiffs,
15      v.
16 ASTRAZENECA, LP, et al.,
17         Defendants.
18 _____/
19 DENNIS O'BRIEN, et al.,                   No. C 10-0289 CW
20         Plaintiffs,
21      v.
22 ASTRAZENECA, LP, et al.,
23         Defendants.
24 _____/
```

On August 24, 2012, the Court directed Plaintiffs' counsel to file a status report indicating the status of each remaining Plaintiff and specified certain information that was to be included in the status report. The Court also ordered that, when

2

the claims of any individual Plaintiff had been resolved, within three days, Plaintiffs' counsel was required to seek and file a stipulation of dismissal as to that Plaintiff.

On September 11, 2012, Plaintiffs' counsel filed a status report. In the report, counsel indicated that, by that date, 263 Plaintiffs had "fully resolved their claims by finalizing his or her participation under the Settlement Agreement." Status Report, 3. However, Plaintiffs' counsel has not yet filed a stipulation of dismissal as to any of these Plaintiffs. Plaintiffs' counsel shall do so within three days of the date of this Order.

Counsel also indicated that eighty-three Plaintiffs "have failed to respond to counsel's efforts to contact them regarding the settlement." Id. However, in the status report, Plaintiffs' counsel did not detail the efforts that counsel made to contact these Plaintiffs, as directed by the August 24, 2012 Order. Plaintiffs' counsel shall provide such details within three days of the date of this Order.

Further, Plaintiffs' counsel noted that forty-two Plaintiffs "were not included, or did not qualify, under the terms of the settlement" reached in these cases. Id. However, counsel has not explained why these Plaintiffs were not included or did not qualify under the terms of the settlement. Plaintiffs' counsel shall provide such an explanation within three days of the date of this Order, and if appropriate, shall move to dismiss voluntarily the claims of these Plaintiffs.

Finally, Plaintiffs' counsel noted that twenty-five Plaintiffs intend to participate in the global settlement but have not yet finalized their claims. The Court reminds Plaintiffs'

3

counsel that the August 24, 2012 Order required that counsel finalize these settlements within four weeks of the date of that Order, or by Friday, September 21, 2012.

    IT IS SO ORDERED.

Dated: 9/17/2012

CLAUDIA WILKEN
United States District Judge