IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA BAIN, et al.,                          No. C 09-4147 CW

        Plaintiffs,                         ORDER GRANTING
                                            JOINT MOTION FOR
    v.                                      AN ORDER TO SHOW
                                            CAUSE AND TO
ASTRAZENECA, LP, et al.,                     EXTEND TIME TO
                                            FINALIZE REMAINING
        Defendants.                         CLAIMS AND
========================================/   CONTINUING CASE
                                            MANAGEMENT
                                            CONFERENCE

LISA SAUNDERS, et al.,                      No. C 09-4148 CW

        Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

        Defendants.
========================================/

KIMBERLY KESSLER, et al.,                   No. C 09-4149 CW

        Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

        Defendants.
========================================/

CYNTHIA ARNOLD, et al.,                     No. C 09-4157 CW

        Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

        Defendants.
========================================/

United States District Court
For the Northern District of California

ANGEL COLON, et al.,                              No. C 09-4158 CW

            Plaintiffs,

        v.

ASTRAZENECA, LP, et al.,

            Defendants.
_____/

MARK COFFEY, et al.,                              No. C 09-4161 CW

            Plaintiffs,

        v.

ASTRAZENECA, LP, et al.,

            Defendants.
_____/

SHARON DISTON, et al.,                            No. C 09-4165 CW

            Plaintiffs,

        v.

ASTRAZENECA, LP, et al.,

            Defendants.
_____/

DAMON BROWN, et al.,                              No. C 10-0288 CW

            Plaintiffs,

        v.

ASTRAZENECA, LP, et al.,

            Defendants.
_____/

DENNIS O'BRIEN, et al.,                           No. C 10-0289 CW

            Plaintiffs,

        v.

ASTRAZENECA, LP, et al.,

            Defendants.
_____/

**United States District Court**
For the Northern District of California

1    The Miller Firm filed the above-captioned actions on behalf

2  of 418 Plaintiffs alleging injuries from their ingestion of the

3  pharmaceutical drug, Seroquel.  Plaintiffs' counsel represents

4  that it has entered into a Master Settlement Agreement (MSA) with

5  Defendants as to most cases involving Plaintiffs represented by

6  Plaintiffs' counsel.  On September 21, 2012, the parties filed

7  stipulated dismissals of the claims brought by 306 of the

8  Plaintiffs.

9    On September 20 and 21, 2012, Plaintiffs' counsel indicated

10  that seventy-seven Plaintiffs listed in Exhibit B to the September

11  20 report have failed to respond to counsel's extensive efforts to

12  contact them and have not indicated whether they will or will not

13  participate in the MSA according to its terms.[1]  The parties move

14  for an order to show cause why claims brought by these Plaintiffs

15  should not be dismissed with prejudice.

16    Having considered the papers filed by the parties, the Court

17  ORDERS the Plaintiffs listed in Exhibit B to show cause, within

18  twenty-one days of the date of this Order, why their cases should

19  not be dismissed with prejudice.  Alternatively, Plaintiffs may

20  have new counsel appear before this Court on their behalf, or may

21  communicate with counsel regarding their agreement to or rejection

22  of the MSA.  Plaintiffs are admonished that if they fail to comply

23

24  _____

25    [1] Exhibit B to the September 20, 2012 status report listed
     seventy-nine Plaintiffs.  Counsel indicates that Christopher
26   Linville, who is not a named Plaintiff in any of the above
     captioned cases, was erroneously included.  The parties have
     already stipulated to dismiss the claims brought by Plaintiff
27   Denita Jackson, who was also included in Exhibit B.  Accordingly,
     in this Order, references to the Plaintiffs listed in Exhibit B do
28   not include Jackson and Linville.

with the terms of this order, their claims will be dismissed with prejudice.

Plaintiffs' counsel is ORDERED to provide notice of this Order to the seventy-seven Plaintiffs listed in Exhibit B, based on the best available contact information, and to file a certification that such notice has been sent, with three days of the date of this Order.  Plaintiffs' counsel is also ORDERED to file, in twenty-two days from the date of this Order, a declaration stating whether these Plaintiffs have since communicated with counsel regarding their agreement to or rejection of the MSA.

The parties also seek thirty additional days to finalize the participation in the MSA of twenty-nine Plaintiffs, who are listed in Exhibit A to their joint motion.  The parties represent that these claims primarily involve Plaintiffs who have recently been located and wish to participate in the MSA, and those acting in a representative capacity for another individual.  The Court GRANTS their request and extends the deadline to finalize the remaining claims to Monday, October 22, 2012.

The case management conference currently set for October 10, 2012 is hereby CONTINUED to November 7, 2012 at 2:00 p.m.  The parties shall include in their case management statement, due one week before the conference, a list of the remaining Plaintiffs.

IT IS SO ORDERED.

Dated: 9/26/2012

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

4