IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
| Plaintiffs, | ORDER GRANTING JOINT MOTION FOR AN ORDER TO SHOW CAUSE AND TO EXTEND TIME TO FINALIZE REMAINING CLAIMS AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | ANGEL COLON, et al., | No. C 09-4158 CW |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 | Defendants. | |
| 6 | ========================================/ | |
| 7 | MARK COFFEY, et al., | No. C 09-4161 CW |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 | Defendants. ========================================/ | |
| 12 | SHARON DISTON, et al., | No. C 09-4165 CW |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | ASTRAZENECA, LP, et al., | |
| 16 | Defendants. | |
| 17 | ========================================/ | |
| 18 | DAMON BROWN, et al., | No. C 10-0288 CW |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | ASTRAZENECA, LP, et al., | |
| 22 | Defendants. ========================================/ | |
| 23 | DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
| 24 | Plaintiffs, | |
| 25 | v. | |
| 26 | ASTRAZENECA, LP, et al., | |
| 27 | Defendants. | |
| 28 | ========================================/ | |

The Miller Firm filed the above-captioned actions on behalf of 418 Plaintiffs alleging injuries from their ingestion of the pharmaceutical drug, Seroquel. Plaintiffs' counsel represents that it has entered into a Master Settlement Agreement (MSA) with Defendants as to most cases involving Plaintiffs represented by Plaintiffs' counsel. On September 21, 2012, the parties filed stipulated dismissals of the claims brought by 306 of the Plaintiffs.

On September 20 and 21, 2012, Plaintiffs' counsel indicated that seventy-seven Plaintiffs listed in Exhibit B to the September 20 report have failed to respond to counsel's extensive efforts to contact them and have not indicated whether they will or will not participate in the MSA according to its terms.[1] The parties move for an order to show cause why claims brought by these Plaintiffs should not be dismissed with prejudice.

Having considered the papers filed by the parties, the Court ORDERS the Plaintiffs listed in Exhibit B to show cause, within twenty-one days of the date of this Order, why their cases should not be dismissed with prejudice. Alternatively, Plaintiffs may have new counsel appear before this Court on their behalf, or may communicate with counsel regarding their agreement to or rejection of the MSA. Plaintiffs are admonished that if they fail to comply

---

[1] Exhibit B to the September 20, 2012 status report listed seventy-nine Plaintiffs. Counsel indicates that Christopher Linville, who is not a named Plaintiff in any of the above captioned cases, was erroneously included. The parties have already stipulated to dismiss the claims brought by Plaintiff Denita Jackson, who was also included in Exhibit B. Accordingly, in this Order, references to the Plaintiffs listed in Exhibit B do not include Jackson and Linville.

3

with the terms of this order, their claims will be dismissed with prejudice.

Plaintiffs' counsel is ORDERED to provide notice of this Order to the seventy-seven Plaintiffs listed in Exhibit B, based on the best available contact information, and to file a certification that such notice has been sent, with three days of the date of this Order.  Plaintiffs' counsel is also ORDERED to file, in twenty-two days from the date of this Order, a declaration stating whether these Plaintiffs have since communicated with counsel regarding their agreement to or rejection of the MSA.

The parties also seek thirty additional days to finalize the participation in the MSA of twenty-nine Plaintiffs, who are listed in Exhibit A to their joint motion.  The parties represent that these claims primarily involve Plaintiffs who have recently been located and wish to participate in the MSA, and those acting in a representative capacity for another individual.  The Court GRANTS their request and extends the deadline to finalize the remaining claims to Monday, October 22, 2012.

The case management conference currently set for October 10, 2012 is hereby CONTINUED to November 7, 2012 at 2:00 p.m.  The parties shall include in their case management statement, due one week before the conference, a list of the remaining Plaintiffs.

IT IS SO ORDERED.

Dated: 9/26/2012

CLAUDIA WILKEN
United States District Judge