IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4147 CW<br><br>ORDER GRANTING CERTAIN PLAINTIFFS' MOTION TO EXTEND TIME, DISCHARGING ORDER TO SHOW CAUSE AS TO THESE PLAINTIFFS, ORDERING COUNSEL TO FILE A DECLARATION AND MAINTAINING CASE MANAGEMENT CONFERENCE |
| LISA SAUNDERS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4148 CW |
| KIMBERLY KESSLER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4149 CW |
| CYNTHIA ARNOLD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4157 CW |

United States District Court
For the Northern District of California

| | |
|---|---|
| ANGEL COLON, et al., | No. C 09-4158 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| MARK COFFEY, et al., | No. C 09-4161 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| SHARON DISTON, et al., | No. C 09-4165 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| DAMON BROWN, et al., | No. C 10-0288 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |

2

On September 20 and 21, 2012, Plaintiffs' counsel indicated that seventy-seven Plaintiffs had failed to respond to counsel's extensive efforts to contact them and have not indicated whether they will or will not participate in the Master Settlement Agreement (MSA) reached in these cases.  The parties jointly moved for an order to show cause why claims brought by these Plaintiffs should not be dismissed with prejudice.

On September 26, 2012, the Court granted the motion and ordered the seventy-seven Plaintiffs to show cause, within twenty-one days of the date of the Order, why their cases should not be dismissed with prejudice.  The Court also stated that these Plaintiffs alternatively could have new counsel appear before this Court on their behalf, or may communicate with counsel regarding their agreement to or rejection of the MSA.  The Court further ordered Plaintiffs' counsel to provide notice of the Order to the seventy-seven Plaintiffs and to file a certification that such notice had been sent.  Finally, the Court ordered Plaintiffs' counsel to file, within twenty-two days from the date of the Order, a declaration stating whether these Plaintiffs have since communicated with counsel regarding their agreement to or rejection of the MSA.

On September 28, 2012, Plaintiffs' counsel filed a certificate of service attesting that the Court's September 26, 2012 Order had been served upon the seventy-seven Plaintiffs.[1]

---

[1] Plaintiffs' counsel filed this declaration in the docket of only one of the above-named cases, see Docket No. 56 in 09-4147, but included all of the cases in the caption of the document.  In the future, counsel shall file documents in the dockets of all cases included in the document's caption.

3

On October 17 and 19, 2012, Plaintiffs' counsel filed a motion on behalf of twelve of the seventy-seven Plaintiffs, stating that these twelve Plaintiffs had contacted counsel about the September 26, 2012 Order and had expressed a desire to participate in the MSA, and requesting that the Court allow them until Monday, October 22, 2012 to finalize their claims.

Upon consideration of these twelve Plaintiffs' Motion, and for good cause shown, the Court GRANTS their request and extends the deadline to finalize their claims to Monday, October 22, 2012 (Docket Nos. 49 in 09-4148, 51 in 09-4149, 59 and 60 in 09-4157, 53 in 09-4158, 51 in 09-4161, 46 in 10-288). The Court further DISCHARGES the order to show cause as to these twelve Plaintiffs.

The Court notes that, in these motions, Plaintiffs' counsel did not indicate whether the other sixty-five Plaintiffs addressed in the September 26, 2012 Order have communicated with counsel regarding their agreement to or rejection of the MSA. Counsel also has not filed a separate declaration addressing this, as required in the September 26, 2012 Order. The Court ORDERS counsel to file a declaration addressing the status of these sixty-five Plaintiffs by Monday, October 22, 2012.

The Court MAINTAINS the case management conference that is currently set for November 7, 2012 at 2:00 p.m. The parties shall include in their case management statement, due one week before the conference, a list of the remaining Plaintiffs.

IT IS SO ORDERED.

Dated: October 19, 2012

CLAUDIA WILKEN
United States District Judge