**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
|       Plaintiffs, | ORDER SETTING FUTURE DATES |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|       Defendants. | |

============================================/

LISA SAUNDERS, et al.,                    No. C 09-4148 CW

      Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

      Defendants.

============================================/

KIMBERLY KESSLER, et al.,                 No. C 09-4149 CW

      Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

      Defendants.

============================================/

CYNTHIA ARNOLD, et al.,                   No. C 09-4157 CW

      Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

      Defendants.

============================================/

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANGEL COLON, et al.,                                  No. C 09-4158 CW

          Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

          Defendants.
═══════════════════════════════════/

MARK COFFEY, et al.,                                  No. C 09-4161 CW

          Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

          Defendants.
═══════════════════════════════════/

SHARON DISTON, et al.,                                No. C 09-4165 CW

          Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

          Defendants.
═══════════════════════════════════/

DAMON BROWN, et al.,                                  No. C 10-0288 CW

          Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

          Defendants.
═══════════════════════════════════/

DENNIS O'BRIEN, et al.,                               No. C 10-0289 CW

          Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

          Defendants.
═══════════════════════════════════/

2

United States District Court
For the Northern District of California

1    DONALD BATES, et al.,                     No. C 09-4150 CW

2          Plaintiffs,

3       v.

4    ASTRAZENECA, LP, et al.,

5          Defendants.

6    _____/

7    CAROLYN HARRISON, et al.,              No. C 09-4151 CW

8          Plaintiffs,

9       v.

10    ASTRAZENECA, LP, et al.,

11          Defendants.

12    _____/

13    TODD BOGGIS, et al.,                      No. C 09-4159 CW

14          Plaintiffs,

15       v.

16    ASTRAZENECA, LP, et al.,

17          Defendants.

18    _____/

19    ANTONIO BURTON, et al.,               No. C 09-4162 CW

20          Plaintiffs,

21       v.

22    ASTRAZENECA, LP, et al.,

23          Defendants.

24    _____/

25

26

27

28

3

**United States District Court**
For the Northern District of California

1   GLORIA MILLER, et al.,                              No. C 09-4163 CW

2            Plaintiffs,

3        v.

4   ASTRAZENECA, LP, et al.,

5            Defendants.

6   _____/

7   BONG NGYUEN, et al.,                                No. C 09-4166 CW

8            Plaintiffs,

9        v.

10  ASTRAZENECA, LP, et al.,

11           Defendants.

12  _____/

13       The Court hereby EXTENDS the deadline for the Plaintiffs

14  listed in Exhibit A to finalize their participation in the Master

15  Settlement Agreement.  Counsel for these Plaintiffs, The Miller

16  Firm, LLC, shall attempt diligently to resolve the claims of these

17  Plaintiffs by Wednesday, December 5, 2012, and to obtain and file

18  stipulations of dismissal within three days after resolving the

19  claims of any individual Plaintiff.  If counsel are unable to meet

20  this or any other deadline, they shall file an administrative

21  motion for an extension of time prior to the deadline.

22       The Court ORDERS that, as soon as possible, but no later than

23  by Wednesday, December 5, 2012, counsel for each Plaintiff listed

24  in Exhibit B shall file a sworn declaration explaining the efforts

25  they have made to contact the Plaintiff, including dates, and what

26  and when counsel have heard from these Plaintiffs in response.  In

27  these declarations, counsel shall address whether they, the

28  Settlement Administrator or another on their behalf, told the

4

United States District Court
For the Northern District of California

1  Plaintiff that, if the Plaintiff refused the settlement offer,

2  counsel would withdraw, and shall attach copies of correspondence

3  that was sent to Plaintiffs.  If appropriate, counsel may file

4  motions to file these declarations and exhibits under seal.

5        The Court VACATES the pending motions to withdraw in the

6  above-captioned cases.  Plaintiffs' counsel may renew the motions

7  to withdraw by Tuesday, November 13, 2012.  If they do so,

8  Plaintiffs' counsel shall notice the motions for hearing on

9  Wednesday, December 12, 2012 at 2:00 p.m., Plaintiffs' oppositions

10  will be due no later than Wednesday, November 28, 2012, and

11  Plaintiffs' counsel's replies will be due no later than Wednesday,

12  December 5, 2012.  Counsel shall file with any renewed motion to

13  withdraw proof that they have served notice of the motion upon

14  Plaintiffs pursuant to Civil Local Rule 11-5, and shall include as

15  an exhibit a copy of the notice provided.  In the notice, counsel

16  shall inform Plaintiffs that the Court will decide if counsel will

17  be permitted to withdraw, that Plaintiffs are entitled to oppose

18  the motion to withdraw and to appear at the hearing, how and by

19  when they may file an opposition, and when and where the hearing

20  will take place.

21        The Court SETS a case management conference for Wednesday,

22  December 12, 2012 at 2:00 p.m.

23        IT IS SO ORDERED.

24

25  Dated: 11/8/2012                    CLAUDIA WILKEN
                                        United States District Judge
26

27

28

United States District Court
For the Northern District of California

Table A

| | Plaintiff | Case No. |
|---|---|---|
| 1 | Aldmon, Keith | 09-4147 |
| 2 | Sapienza, Sam | 09-4148 |
| 3 | Sullivan, William | 09-4148 |
| 4 | Joiner, Bettye Dean (Personal Representative for Zenobia Campbell) | 09-4149 |
| 5 | Kennebrew, Judy | 09-4149 |
| 6 | King, Terri | 09-4149 |
| 7 | Mitchell, Dan (as Personal Representative of the estate of James Mitchell) | 09-4149 |
| 8 | Bigford, Bobbie | 09-4157 |
| 9 | Bootie, Annie | 09-4157 |
| 10 | Wooley, Cheryl | 09-4157 |
| 11 | Anderson, Daniel | 09-4158 |
| 12 | Boury, Bill | 09-4158 |
| 13 | Gufee, Robert | 09-4158 |
| 14 | Duncan, Mary | 09-4165 |
| 15 | Hill, Regena | 09-4165 |
| 16 | Winzer, Vivian (Personal Representative of the Estate of Herschil Hopkins) | 09-4165 |
| 17 | Camacho, Rosemary | 10-288 |
| 18 | Horridge, Mark | 10-288 |
| 19 | Lamar (Bell), Leslie (Personal Representative for the Estate of Shawn Schmeltz) | 10-288 |
| 20 | Nance, Orville (Guardian for Linda Nance) | 10-289 |
| 21 | Sheffield, Beverly | 10-289 |

6

United States District Court
For the Northern District of California

Table B

| | Plaintiff | Case No. | Plaintiff's Counsel |
|---|---|---|---|
| 1 | Gott, Bobby | 09-4150 | The Mulligan Law Firm |
| 2 | Hoard, Pamela | 09-4151 | The Mulligan Law Firm |
| 3 | Cline, Margaret | 09-4159 | The Mulligan Law Firm |
| 4 | Johnson, Bevelon | 09-4162 | The Mulligan Law Firm |
| 5 | Debelis, Michael | 09-4163 | The Mulligan Law Firm |
| 6 | Roark, Maxine | 09-4166 | The Mulligan Law Firm |
| 7 | Scaramuzza, Carol | 09-4148 | The Miller Firm |
| 8 | Moellenberndt, Tami | 09-4149 | The Miller Firm |
| 9 | Porto, Miguel | 09-4161 | The Miller Firm |
| 10 | Negray, Eric | 10-289 | The Miller Firm |
| 11 | Stewart, Lynus | 10-289 | The Miller Firm |