IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4147 CW<br><br>ORDER REQUIRING THE MULLIGAN LAW FIRM TO PROVIDE ADDITIONAL NOTICE TO PLAINTIFFS REGARDING THE RENEWED MOTIONS TO WITHDRAW |
| LISA SAUNDERS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4148 CW |
| KIMBERLY KESSLER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4149 CW |
| CYNTHIA ARNOLD, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-4157 CW |

United States District Court
For the Northern District of California

```
ANGEL COLON, et al.,                      No. C 09-4158 CW

     Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

     Defendants.
                              /
MARK COFFEY, et al.,                      No. C 09-4161 CW

     Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

     Defendants.
                              /
SHARON DISTON, et al.,                    No. C 09-4165 CW

     Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

     Defendants.
                              /
DAMON BROWN, et al.,                      No. C 10-0288 CW

     Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

     Defendants.
                              /
DENNIS O'BRIEN, et al.,                   No. C 10-0289 CW

     Plaintiffs,

  v.

ASTRAZENECA, LP, et al.,

     Defendants.
                              /
```

United States District Court
For the Northern District of California

```
 1  DONALD BATES, et al.,                    No. C 09-4150 CW
 2         Plaintiffs,
 3      v.
 4  ASTRAZENECA, LP, et al.,
 5         Defendants.
 6  _____/
 7  CAROLYN HARRISON, et al.,                No. C 09-4151 CW
 8         Plaintiffs,
 9      v.
10  ASTRAZENECA, LP, et al.,
11         Defendants.
12  _____/
13  TODD BOGGIS, et al.,                     No. C 09-4159 CW
14         Plaintiffs,
15      v.
16  ASTRAZENECA, LP, et al.,
17         Defendants.
18  _____/
19  ANTONIO BURTON, et al.,                  No. C 09-4162 CW
20         Plaintiffs,
21      v.
22  ASTRAZENECA, LP, et al.,
23         Defendants.
24  _____/
25
26
27
28
```

**United States District Court**
**For the Northern District of California**

| | | |
|---|---|---|
| GLORIA MILLER, et al., | | No. C 09-4163 CW |
|     Plaintiffs, | | |
|   v. | | |
| ASTRAZENECA, LP, et al., | | |
|     Defendants. | | |
| _____/ | | |
| BONG NGYUEN, et al., | | No. C 09-4166 CW |
|     Plaintiffs, | | |
|   v. | | |
| ASTRAZENECA, LP, et al., | | |
|     Defendants. | | |
| _____/ | | |

On November 7 and 8, 2012, the Court vacated the pending motions to withdraw as counsel for certain Plaintiffs in the above-captioned cases and granted counsel leave to renew the motions by Tuesday, November 13, 2012.  The Court set Wednesday, December 12, 2012 as the hearing date for any renewed motion to withdraw.  The Court ordered that counsel file with any renewed motion proof that they had served notice of the motion upon Plaintiffs and include as an exhibit a copy of the notice provided.  The Court required that, in the notice, counsel inform Plaintiffs, among other things, of how and by when they may file an opposition and when and where the hearing on the motion to withdraw would take place.

    On November 13, 2012, both the Miller Firm and the Mulligan Law Firm filed renewed motions to withdraw.  On November 14, 2012, the Mulligan Law Firm refiled its renewed motions.

4

On November 13 and 14, 2012 and, the Mulligan Law Firm filed identical copies of the notice it provided to Plaintiffs. In this notice, the Mulligan Law Firm incorrectly informed Plaintiffs that the hearing on the motions to withdraw will take place on December 13, 2012 instead of on December 12, 2012. The Mulligan Law Firm also did not tell Plaintiffs how they may file an opposition.

Accordingly, the Court ORDERS as follows:

The Court extends, until Monday, December 3, 2012, the deadline for Plaintiffs represented by the Mulligan Law Firm to file oppositions to the motions to withdraw. The Court maintains the deadline for the Mulligan Law Firm to file a reply as Wednesday, December 5, 2012.

By Thursday, November 15, 2012, the Mulligan Law Firm shall send an additional notice to Plaintiffs, by overnight mail. The additional notice shall clearly state at least the following items: (1) that the prior notice incorrectly stated the date of the hearing on the motion to withdraw; (2) the correct date and time for the hearing; (3) that the Court has extended the date for Plaintiffs to file an opposition to the motion to withdraw; (4) the new deadline for Plaintiffs to file an opposition; and (5) what steps Plaintiffs must take to file an opposition. For an example regarding the last of these, the Mulligan Law Firm should refer to the notice sent by the Miller Firm to its clients. See, e.g., Docket No. 63-2 in Case No. 09-4149, 2:1-6.

By Friday, November 16, 2012, the Mulligan Law Firm shall file with the Court a copy of the additional notice and proof of service upon Plaintiffs by overnight mail.

IT IS SO ORDERED.

Dated: November 14, 2012

CLAUDIA WILKEN
United States District Judge