IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
| Plaintiffs, | ORDER GRANTING IN PART, DENYING IN PART AND DEFFERING IN PART MOTION TO EXTEND TIME TO FINALIZE PARTICIPATION IN MASTER SETTLEMENT AGREEMENT |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |

```
 1 | ANGEL COLON, et al.,                          No. C 09-4158 CW
 2 |         Plaintiffs,
 3 |      v.
 4 | ASTRAZENECA, LP, et al.,
 5 |         Defendants.
 6 | =========================================/
 7 | MARK COFFEY, et al.,                          No. C 09-4161 CW
 8 |         Plaintiffs,
 9 |      v.
10 | ASTRAZENECA, LP, et al.,
11 |         Defendants.
12 | =========================================/
13 | SHARON DISTON, et al.,                        No. C 09-4165 CW
14 |         Plaintiffs,
15 |      v.
16 | ASTRAZENECA, LP, et al.,
17 |         Defendants.
18 | =========================================/
19 | DAMON BROWN, et al.,                          No. C 10-0288 CW
20 |         Plaintiffs,
21 |      v.
22 | ASTRAZENECA, LP, et al.,
23 |         Defendants.
24 | =========================================/
25 | DENNIS O'BRIEN, et al.,                       No. C 10-0289 CW
26 |         Plaintiffs,
27 |      v.
28 | ASTRAZENECA, LP, et al.,
   |         Defendants.
   | =========================================/
```

United States District Court
For the Northern District of California

Fourteen Plaintiffs[1] represented by The Miller Firm in the above-captioned cases move for an order extending time to finalize their participation in the Master Settlement Agreement (MSA). See Docket Nos. 71 in 09-4147, 65 in 09-4148, 70 in 09-4149, 75 in 09-4157, 69 in 09-4158, 65 in 09-4165, 59 in 10-288 and 60 in 10-289. The Court GRANTS the motion as to the eleven Plaintiffs listed below in Table A and extends the deadline to January 7, 2013 for these Plaintiffs.  The Court also extends the deadline to January 7, 2013 for Plaintiff Tami Moellenberndt in Case No. 09-4149, who appears to have been inadvertently omitted from the instant motion.

The Court DENIES the motion as to Plaintiff Mary Duncan, who has already stipulated to dismiss the claims that she brought as the Personal Representative for the Estate of Glenn Duncan on December 5, 2012.  See Docket No. 66 in Case No. 09-4165; see also Dickens 2nd Decl. ¶ 15, Docket No. 64 in Case No. 09-4165 (attesting that "Mary Duncan brought this action as the Personal Representative for the Estate of Glenn Duncan" and that her claim "has been dismissed with prejudice and the parties have entered into a full release of all claims against Defendants for the injuries sustained by Glenn Duncan").

The Court DEFERS ruling on the request to extend time to resolve the claims of Plaintiffs Beverly Sheffield and Robert

---

[1] Counsel states that the motion is brought on behalf of thirteen Plaintiffs and identifies thirteen Plaintiffs in Attachment A to the motion.  One additional Plaintiff, Daniel Anderson, is addressed in counsel's declaration in support of the motion but is not listed in Attachment A.  Dickens 1st Decl. ¶ 9, Docket No. 65-2 in Case No. 09-4165.

3

Guffee.  In an affidavit filed by counsel on December 3, 2012, counsel attests that Ms. Sheffield brought her claim as the representative of the estate of Donald Sheffield and that Mr. Guffee brought his claim as the representative of the estate of Glenda Guffee.  Dickens 2nd Decl. ¶¶ 12, 14, Docket No. 64 in Case No. 09-4165.  In that affidavit, counsel stated that Ms. Sheffield's and Mr. Guffee's claims had already "been dismissed with prejudice" and that "the parties have entered into a full release of all claims against Defendants for the injuries sustained" by Donald Sheffield and Glenda Guffee.  Id.  However, as of the date of this Order, no such dismissals have been filed. Further, in counsel's declaration in support of the instant motion, filed on December 4, 2012, counsel states that, before it can finalize their settlements, The Miller Firm is awaiting additional information from these Plaintiffs or other survivors of the Donald Sheffield and Glenda Guffee.  Dickens 1st Decl. ¶¶ 3, 11, 16, Docket No. 65-2 in Case No. 09-4165.

By Monday, December 10, 2012, the Miller Firm shall file stipulations of dismissal on behalf of these two Plaintiffs or shall file a further declaration clarifying the status of their claims.

IT IS SO ORDERED.

Dated: 12/7/2012

CLAUDIA WILKEN
United States District Judge

TABLE A

|    | Plaintiff | Case No. |
|----|-----------|----------|
| 1  | Aldmon, Keith | 09-4147 |
| 2  | Sapienza, Sam | 09-4148 |
| 3  | Mitchell, Dan (as Representative for James Mitchell) | 09-4149 |
| 4  | Bigford, Bobbie | 09-4157 |
| 5  | Bootie, Annie | 09-4157 |
| 6  | Anderson, Daniel | 09-4158 |
| 7  | Boury, Bill | 09-4158 |
| 8  | Hill, Regena | 09-4165 |
| 9  | Camacho, Rosemary | 10-288 |
| 10 | Horridge, Mark | 10-288 |
| 11 | Nance, Orville | 10-289 |