IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
| Plaintiffs, | ORDER GRANTING MOTION TO EXTEND TIME TO FINALIZE PARTICIPATION IN MASTER SETTLEMENT AGREEMENT FOR PLAINTIFFS BEVERLY SHEFFIELD AND ROBERT GUFFEE |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |

```
 1  ANGEL COLON, et al.,                              No. C 09-4158 CW
 2         Plaintiffs,
 3      v.
 4  ASTRAZENECA, LP, et al.,
 5         Defendants.
 6  ════════════════════════════════/
    MARK COFFEY, et al.,                              No. C 09-4161 CW
 7
           Plaintiffs,
 8
        v.
 9
    ASTRAZENECA, LP, et al.,
10
           Defendants.
11  ════════════════════════════════/
12  SHARON DISTON, et al.,                            No. C 09-4165 CW
13         Plaintiffs,
14      v.
15  ASTRAZENECA, LP, et al.,
16         Defendants.
17  ════════════════════════════════/
    DAMON BROWN, et al.,                              No. C 10-0288 CW
18
           Plaintiffs,
19
        v.
20
    ASTRAZENECA, LP, et al.,
21
           Defendants.
22  ════════════════════════════════/
23  DENNIS O'BRIEN, et al.,                           No. C 10-0289 CW
24         Plaintiffs,
25      v.
26  ASTRAZENECA, LP, et al.,
27         Defendants.
28  ════════════════════════════════/
```

**United States District Court**
**For the Northern District of California**

2

On December 4, 2012, certain Plaintiffs represented by The Miller Firm in the above-captioned cases filed a motion seeking an extension of time to finalize their participation in the Master Settlement Agreement (MSA). On December 7, 2012, the Court granted the motion in part, denied it in part and deferred it in part. At that time, the Court directed The Miller Firm to file a declaration clarifying the status of the claims of two Plaintiffs, Beverly Sheffield and Robert Guffee. On December 10, 2012, attorney David J. Dickens of The Miller Firm filed a declaration in response to the Court's Order and in further support of the motion to extend time to finalize the claims of Ms. Sheffield and Mr. Guffee.

Having considered the declaration submitted by counsel, the Court GRANTS the motion to extend time for Ms. Sheffield and Mr. Guffee, through their survivors, to finalize their claims. The Court EXTENDS the deadline to January 7, 2013 for these two Plaintiffs.

Table A, below, contains a list of all Plaintiffs for whom this deadline has been extended until January 7, 2013 by this Order or the December 7, 2012 Order.

This Order resolves Docket Nos. 71 in 09-4147, 65 in 09-4148, 70 in 09-4149, 75 in 09-4157, 69 in 09-4158, 68 in 09-4161, 65 in 09-4165, 59 in 10-288 and 60 in 10-289.

IT IS SO ORDERED.

Dated: 12/10/2012

CLAUDIA WILKEN
United States District Judge

3

TABLE A

| | Plaintiff | Case No. |
|---|---|---|
| 1 | Aldmon, Keith | 09-4147 |
| 2 | Sapienza, Sam | 09-4148 |
| 3 | Mitchell, Dan (as Representative for James Mitchell) | 09-4149 |
| 4 | Moellenberndt, Tami | 09-4149 |
| 5 | Bigford, Bobbie | 09-4157 |
| 6 | Bootie, Annie | 09-4157 |
| 7 | Anderson, Daniel | 09-4158 |
| 8 | Boury, Bill | 09-4158 |
| 9 | Guffee, Robert | 09-4158 |
| 10 | Hill, Regena | 09-4165 |
| 11 | Camacho, Rosemary | 10-288 |
| 12 | Horridge, Mark | 10-288 |
| 13 | Nance, Orville | 10-289 |
| 14 | Sheffield, Beverly | 10-289 |