IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>════════════════════════════/ | No. C 09-4147 CW<br><br>ORDER ADDRESSING FUTURE FILINGS AND DATES AND GRANTING LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW |
| LISA SAUNDERS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>════════════════════════════/ | No. C 09-4148 CW |
| KIMBERLY KESSLER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>════════════════════════════/ | No. C 09-4149 CW |
| CYNTHIA ARNOLD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASTRAZENECA, LP, et al.,<br><br>    Defendants.<br>════════════════════════════/ | No. C 09-4157 CW |

| | | |
|---|---|---|
| 1 | ANGEL COLON, et al., | No. C 09-4158 CW |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 |     Defendants. | |
| 6 | ════════════════════════════/ | |
| 7 | MARK COFFEY, et al., | No. C 09-4161 CW |
| 8 |     Plaintiffs, | |
| 9 |   v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 |     Defendants. ════════════════════════════/ | |
| 12 | SHARON DISTON, et al., | No. C 09-4165 CW |
| 13 |     Plaintiffs, | |
| 14 |   v. | |
| 15 | ASTRAZENECA, LP, et al., | |
| 16 |     Defendants. | |
| 17 | ════════════════════════════/ | |
| 18 | DAMON BROWN, et al., | No. C 10-0288 CW |
| 19 |     Plaintiffs, | |
| 20 |   v. | |
| 21 | ASTRAZENECA, LP, et al., | |
| 22 |     Defendants. ════════════════════════════/ | |
| 23 | DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
| 24 |     Plaintiffs, | |
| 25 |   v. | |
| 26 | ASTRAZENECA, LP, et al., | |
| 27 |     Defendants. | |
| 28 | ════════════════════════════/ | |

```
DONALD BATES, et al.,                    No. C 09-4150 CW

        Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

        Defendants.
_____/

CAROLYN HARRISON, et al.,                No. C 09-4151 CW

        Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

        Defendants.
_____/

TODD BOGGIS, et al.,                     No. C 09-4159 CW

        Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

        Defendants.
_____/

ANTONIO BURTON, et al.,                  No. C 09-4162 CW

        Plaintiffs,

     v.

ASTRAZENECA, LP, et al.,

        Defendants.
_____/
```

| | | |
|---|---|---|
| 1 | GLORIA MILLER, et al., | No. C 09-4163 CW |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 |     Defendants. | |
| 6 | _____/ | |
| 7 | BONG NGYUEN, et al., | No. C 09-4166 CW |
| 8 |     Plaintiffs, | |
| 9 |   v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 |     Defendants. | |
| 12 | _____/ | |

On December 12, 2012, the Court held a case management conference and hearing on various motions to withdraw as counsel in the above-captioned cases. The Court set a further case management conference for Wednesday, January 9, 2013 at 2:00 p.m.

The Court previously extended the deadline for certain Plaintiffs represented by the Miller Firm to finalize their participation in the Master Settlement Agreement (MSA) until January 7, 2013. The Court now extends the deadline for the remaining Plaintiffs represented by the Mulligan Law Firm, Bobby Gott, Pamela Hoard and Michael Debelis, until January 7, 2013 to finalize their participation in the MSA or otherwise resolve their claims. If needed, counsel may file a further motion to extend this deadline.

Prior to finalizing the settlements or otherwise dismissing the claims of any remaining Plaintiff represented by either firm, the Court directs the Miller Firm and the Mulligan Law Firm to

4

advise the Plaintiff in writing of certain inaccuracies in prior communications discussed at the case management conference. Before providing this letter to any of these Plaintiffs, the Miller Firm and the Mulligan Law Firm shall submit it for the Court's review and approval. They are granted leave to file the letters under seal for in camera review.

By January 10, 2013, the Miller Firm and the Mulligan Law Firm shall file sworn declarations from each of their past or present employees who communicated with the Plaintiffs for whom stipulations of dismissal have already been filed. In these declarations, the declarant shall address the matters specified by the Court at the case management conference. If counsel is unable to obtain declarations from certain employees by that date, counsel shall file a declaration stating the names of these employees and what efforts were made to obtain a declaration. Counsel is granted leave to file each of these declarations under seal for in camera review. By that date, counsel may also file a legal brief addressing the propriety of the communications that counsel and the Garretson Resolution Group sent.

At the hearing, the Court granted the motions to withdraw as counsel for Plaintiffs Bevelon Johnson through her survivors, Maxine Roark and Carol Scaramuzza. Pursuant to Civil Local Rule 11-5, withdrawal is subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until these Plaintiffs appear by other counsel or pro se. The Court directs their former counsel to provide a copy of this order, and notice to these Plaintiffs or their survivors that the Court has granted the motion to withdraw, subject to the condition

5

specified above, that a case management conference will be held before this Court on January 9, 2013 at 2:00 p.m. and that these Plaintiffs must attend in person or through new counsel, or their cases will be dismissed for failure to prosecute.  Counsel shall serve this notice on these Plaintiffs within three days of the date of this Order and shall file a declaration attesting that they have done by that date.

At the hearing, the Court deferred ruling on the Miller Firm's motion to withdraw as counsel for Lynus Stewart.  The Court noted that, from the evidence attached to the declaration of David Dickens regarding Mr. Stewart, it appeared that counsel had served Mr. Stewart with notice of the motion at an address counsel had in October 2012, but did not send a copy to a new physical address for Mr. Stewart that counsel located in early November 2012.  The Court sets Wednesday, January 9, 2013 at 2:00 p.m. for a further hearing on the Miller Firm's motion to withdraw as counsel and January 7, 2013 as the deadline for Mr. Stewart to file any opposition or other response to the motion.  The Court directs the Miller Firm to serve further notice of the motion on Mr. Stewart at all addresses that it has for him within three days of the date of this Order and to file proof of service with the Court.

By Wednesday, December 19, 2013, the parties shall notify the Court if they have agreed to private mediation with the previous mediator.  If they do not, they will be referred to a Magistrate Judge for a settlement conference regarding the claims made by Plaintiff Eric Negray and any other Plaintiffs who may wish to proceed with litigation.

6

The Miller Firm, the Mulligan Law Firm and counsel for Defendants are granted leave to appear by telephone at the January 9, 2013 case management conference and motion hearing.

IT IS SO ORDERED.

Dated: 12/14/2012

CLAUDIA WILKEN
United States District Judge