PETER A. STROTZ, Bar No. 129904
pstrotz@kslaw.com
OLIVER Q. DUNLAP, Bar No. 225566
odunlap@kslaw.com
**KING & SPALDING LLP**
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone:  415-318-1200
Facsimile:   415-318-1300

Attorneys for Defendant
ASTRAZENECA LP AND ASTRAZENECA
PHARMACEUTICALS LP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| LISA BAIN, et al.,<br>    Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>    Defendants. | Case No.  4:09-cv-04147-CW |
| LISA SAUNDERS, et al.,<br>    Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>    Defendants. | Case No.  4:09-cv-04148-CW |
| KIMBERLY KESSLER, et al.,<br>    Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>    Defendants. | Case No.  4:09-cv-04149-CW |
| CYNTHIA ARNOLD, et al.,<br>    Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>    Defendants. | Case No.  4:09-cv-04157-CW |

1

**PARTY STIPULATION AS TO PRIVATE MEDIATION WITH PREVIOUS MEDIATOR**

DMSLIBRARY01-19958387.1

| | |
|---|---|
| ANGEL COLON, et al.,<br>            Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>            Defendants. | Case No. 4:09-cv-04158-CW |
| MARK COFFEY, et al.,<br>            Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>            Defendants. | Case No. 4:09-cv-04161-CW |
| SHARON DISTON, et al.,<br>            Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>            Defendants. | Case No. 4:09-cv-04165-CW |
| DAMON BROWN, et al.,<br>            Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>            Defendants. | Case No. 4:10-cv-00288-CW |
| DENNIS O'BRIEN, et al.,<br>            Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>            Defendants. | Case No.  4:10-cv-00289-CW |
| DONALD BATES, et al.,<br>            Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>            Defendants. | Case No. 4:09-cv-04150- CW |

**PARTY STIPULATION AS TO PRIVATE MEDIATION WITH PREVIOUS MEDIATOR**

DMSLIBRARY01-19958387.1

| | |
|---|---|
| CAROLYN HARRISON, et al.,<br>　　　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　　　Defendants. | Case No. 4:09-cv-04151- CW |
| TODD BOGGIS, et al.,<br>　　　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　　　Defendants. | Case No. 4:09-cv-04159- CW |
| ANTONIO BURTON, et al.,<br>　　　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　　　Defendants. | Case No. 4:09-cv-04162- CW |
| GLORIA MILLER, et al.,<br>　　　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　　　Defendants. | Case No. 4:09-cv-04163- CW |
| BONG NGUYEN, et al.,<br>　　　　Plaintiffs,<br>v.<br>ASTRAZENECA LP, et al.,<br>　　　　Defendants. | Case No. 4:09-cv-04166-CW |

**PARTY STIPULATION AS TO PRIVATE MEDIATION WITH PREVIOUS MEDIATOR**

**PARTY STIPULATION AS TO PRIVATE MEDIATION WITH PREVIOUS MEDIATOR**

DMSLIBRARY01-19958387.1

Pursuant to the Court's December 14, 2012 Order, the parties hereby stipulate to private mediation with the previous mediator, if necessary, to address the claims made by plaintiff Eric Negray and any other plaintiffs who may wish to proceed with litigation in the above titled cases.

Specifically, the parties stipulate to such mediation before Professor Stephen Saltzburg, likely at the offices of McCarter & English LLP, Renaissance Centre, 405 N. King St., 8th Flr., Wilmington, DE 19801, subject to Professor Saltzburg's pending confirmation of his availability and travel schedule.

DATED: December 18, 2012.        **KING SPALDING LLP**

By: /s/ Oliver Dunlap
    PETER A. STROTZ
    OLIVER Q. DUNLAP
    Attorneys for Defendants
    ASTRAZENECA LP AND
    ASTRAZENECA PHARMACEUTICALS
    LP

DATED: December ___, 2012.        **MORGAN, LEWIS & BOCKIUS LLP**

By:
    MICHAEL E. MOLLAND
    AARON DUTRA
    Attorneys for Defendant
    MCKESSON CORPORATION

DATED: December ___, 2012.        **THE MULLIGAN LAW FIRM**

By:
    ERIC W. GRUENWALD
    Attorneys for Plaintiffs

|  |  |
|---|---|
| 1 | Pursuant to the Court's December 14, 2012 Order, the parties hereby stipulate to private |
| 2 | mediation with the previous mediator, if necessary, to address the claims made by plaintiff Eric |
| 3 | Negray and any other plaintiffs who may wish to proceed with litigation in the above titled cases. |
| 4 | Specifically, the parties stipulate to such mediation before Professor Stephen Saltzburg, |
| 5 | likely at the offices of McCarter & English LLP, Renaissance Centre, 405 N. King St., 8th Flr., |
| 6 | Wilmington, DE 19801, subject to Professor Saltzburg's pending confirmation of his availability |
| 7 | and travel schedule. |

DATED: December ___, 2012.

**KING SPALDING LLP**

By:_____
PETER A. STROTZ
OLIVER Q. DUNLAP
Attorneys for Defendants
ASTRAZENECA LP AND
ASTRAZENECA PHARMACEUTICALS LP

DATED: December 18, 2012.

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ [signature]
MICHAEL E. MOLLAND
AARON DUTRA
Attorneys for Defendant
MCKESSON CORPORATION

DATED: December ___, 2012.

**THE MULLIGAN LAW FIRM**

By:_____
ERIC W. GRUENWALD
CHARLES ORR
BILL ARNOLD
Attorneys for Plaintiffs

Pursuant to the Court's December 14, 2012 Order, the parties hereby stipulate to private mediation with the previous mediator, if necessary, to address the claims made by plaintiff Eric Negray and any other plaintiffs who may wish to proceed with litigation in the above titled cases.

Specifically, the parties stipulate to such mediation before Professor Stephen Saltzburg, likely at the offices of McCarter & English LLP, Renaissance Centre, 405 N. King St., 8th Flr., Wilmington, DE 19801, subject to Professor Saltzburg's pending confirmation of his availability and travel schedule.

DATED: December ___, 2012.

**KING SPALDING LLP**

By: _____
PETER A. STROTZ
OLIVER Q. DUNLAP
Attorneys for Defendants
ASTRAZENECA LP AND
ASTRAZENECA PHARMACEUTICALS LP

DATED: December ___, 2012.

**MORGAN, LEWIS & BOCKIUS LLP**

By: _____
MICHAEL E. MOLLAND
AARON DUTRA
Attorneys for Defendant
MCKESSON CORPORATION

DATED: December 18, 2012.

**THE MULLIGAN LAW FIRM**

By: _____
ERIC W. GRUENWALD
Attorneys for Plaintiffs

4

1  DATED: December 18, 2012.            THE MILLER FIRM, LLC
2
3                                        By: _____
4                                            DAVID DICKENS
                                             JULIE B. ISEN
5                                            Attorneys for Plaintiffs

**IT IS SO ORDERED**
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PARTY STIPULATION AS TO PRIVATE MEDIATION WITH PREVIOUS MEDIATOR
DMSLIBRARY01-19958387.1