IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
|     Plaintiffs, | ORDER EXTENDING DEADLINE FOR PLAINTIFF MARGARET CLINE TO FINALIZE HER SETTLEMENT OR OTHERWISE RESOLVE HER CLAIMS |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |

| | | |
|---|---|---|
| 1 | ANGEL COLON, et al., | No. C 09-4158 CW |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 |     Defendants. | |
| 6 | ==============================/ | |
| 7 | MARK COFFEY, et al., | No. C 09-4161 CW |
| 8 |     Plaintiffs, | |
| 9 |   v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 |     Defendants. | |
|  | ==============================/ | |
| 12 | SHARON DISTON, et al., | No. C 09-4165 CW |
| 13 |     Plaintiffs, | |
| 14 |   v. | |
| 15 | ASTRAZENECA, LP, et al., | |
| 16 |     Defendants. | |
| 17 | ==============================/ | |
| 18 | DAMON BROWN, et al., | No. C 10-0288 CW |
| 19 |     Plaintiffs, | |
| 20 |   v. | |
| 21 | ASTRAZENECA, LP, et al., | |
| 22 |     Defendants. | |
|  | ==============================/ | |
| 23 | DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
| 24 |     Plaintiffs, | |
| 25 |   v. | |
| 26 | ASTRAZENECA, LP, et al., | |
| 27 |     Defendants. | |
| 28 | ==============================/ | |

**United States District Court**
For the Northern District of California

```
 1  DONALD BATES, et al.,                    No. C 09-4150 CW
 2          Plaintiffs,
 3       v.
 4  ASTRAZENECA, LP, et al.,
 5          Defendants.
 6  _____/
 7  CAROLYN HARRISON, et al.,                No. C 09-4151 CW
 8          Plaintiffs,
 9       v.
10  ASTRAZENECA, LP, et al.,
11          Defendants.
12  _____/
13  TODD BOGGIS, et al.,                     No. C 09-4159 CW
14          Plaintiffs,
15       v.
16  ASTRAZENECA, LP, et al.,
17          Defendants.
18  _____/
19  ANTONIO BURTON, et al.,                  No. C 09-4162 CW
20          Plaintiffs,
21       v.
22  ASTRAZENECA, LP, et al.,
23          Defendants.
24  _____/
25
26
27
28
```

**United States District Court**
For the Northern District of California

3

|  |  |  |
|---|---|---|
| 1 | GLORIA MILLER, et al., | No. C 09-4163 CW |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 |     Defendants. | |
| 6 | _____/ | |
| 7 | BONG NGYUEN, et al., | No. C 09-4166 CW |
| 8 |     Plaintiffs, | |
| 9 |   v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 |     Defendants. | |
| 12 | _____/ | |

At the case management conference and hearing held on December 12, 2012 and in the written order issued on December 14, 2012, the Court extended until January 7, 2013 the deadline for the remaining Plaintiffs represented by the Mulligan Law Firm to finalize their participation in the MSA or otherwise resolve their claims.  At that time, the Court listed Plaintiffs Bobby Gott, Pamela Hoard and Michael Debelis as the remaining Mulligan Law Firm Plaintiffs and inadvertently omitted Plaintiff Margaret Cline from this list.  The Court hereby extends this deadline until January 7, 2013 for Cline as well.

If needed, counsel may file a further motion to extend this deadline.

IT IS SO ORDERED.

Dated: 12/27/2012

CLAUDIA WILKEN
United States District Judge

4