United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
|     Plaintiffs, | ORDER APPROVING DRAFT LETTERS |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |

| | |
|---|---|
| ANGEL COLON, et al., | No. C 09-4158 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| MARK COFFEY, et al., | No. C 09-4161 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| SHARON DISTON, et al., | No. C 09-4165 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| DAMON BROWN, et al., | No. C 10-0288 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |

```
 1  DONALD BATES, et al.,                      No. C 09-4150 CW
 2          Plaintiffs,
 3       v.
 4  ASTRAZENECA, LP, et al.,
 5          Defendants.
 6  _____/
 7  CAROLYN HARRISON, et al.,                  No. C 09-4151 CW
 8          Plaintiffs,
 9       v.
10  ASTRAZENECA, LP, et al.,
11          Defendants.
12  _____/
13  TODD BOGGIS, et al.,                       No. C 09-4159 CW
14          Plaintiffs,
15       v.
16  ASTRAZENECA, LP, et al.,
17          Defendants.
18  _____/
19  ANTONIO BURTON, et al.,                    No. C 09-4162 CW
20          Plaintiffs,
21       v.
22  ASTRAZENECA, LP, et al.,
23          Defendants.
24  _____/
25
26
27
28
```

**United States District Court**
**For the Northern District of California**

3

| | | |
|---|---|---|
| 1 | GLORIA MILLER, et al., | No. C 09-4163 CW |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 |     Defendants. | |
| 6 | _____/ | |
| 7 | BONG NGYUEN, et al., | No. C 09-4166 CW |
| 8 |     Plaintiffs, | |
| 9 |   v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 |     Defendants. | |
| 12 | _____/ | |

Pursuant to the Court's direction at the last case management conference, The Mulligan Law Firm and the Miller Firm submitted draft letters to their clients for in camera review by the Court. The Court has reviewed the draft letters and hereby APPROVES them.

Prior to finalizing the settlements or otherwise dismissing the claims of any remaining Plaintiff represented by either firm, counsel shall provide the Plaintiff with the letter approved by the Court.

IT IS SO ORDERED.

Dated: 1/2/2013

CLAUDIA WILKEN
United States District Judge

4