IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA BAIN, et al.,                                    No. C 09-4147 CW

        Plaintiffs,                               ORDER GRANTING
                                                      MOTIONS TO EXTEND
    v.                                               DEADLINES TO
                                                      FINALIZE CLAIMS
ASTRAZENECA, LP, et al.,                              AND ADDRESSING
                                                      FILING OF
        Defendants.                               DOCUMENTS UNDER
==========================================/           SEAL

LISA SAUNDERS, et al.,                                No. C 09-4148 CW

        Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

        Defendants.
==========================================/

KIMBERLY KESSLER, et al.,                             No. C 09-4149 CW

        Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

        Defendants.
==========================================/

CYNTHIA ARNOLD, et al.,                               No. C 09-4157 CW

        Plaintiffs,

    v.

ASTRAZENECA, LP, et al.,

        Defendants.
==========================================/

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

ANGEL COLON, et al.,                           No. C 09-4158 CW

      Plaintiffs,

   v.

ASTRAZENECA, LP, et al.,

      Defendants.
_____/

MARK COFFEY, et al.,                           No. C 09-4161 CW

      Plaintiffs,

   v.

ASTRAZENECA, LP, et al.,

      Defendants.
_____/

SHARON DISTON, et al.,                         No. C 09-4165 CW

      Plaintiffs,

   v.

ASTRAZENECA, LP, et al.,

      Defendants.
_____/

DAMON BROWN, et al.,                           No. C 10-0288 CW

      Plaintiffs,

   v.

ASTRAZENECA, LP, et al.,

      Defendants.
_____/

DENNIS O'BRIEN, et al.,                        No. C 10-0289 CW

      Plaintiffs,

   v.

ASTRAZENECA, LP, et al.,

      Defendants.
_____/

United States District Court
For the Northern District of California

```
 1  DONALD BATES, et al.,                    No. C 09-4150 CW

 2          Plaintiffs,

 3       v.

 4  ASTRAZENECA, LP, et al.,

 5          Defendants.

 6  _____/

 7  TODD BOGGIS, et al.,                      No. C 09-4159 CW

 8          Plaintiffs,

 9       v.

10  ASTRAZENECA, LP, et al.,

11          Defendants.

12  _____/

13  ANTONIO BURTON, et al.,                   No. C 09-4162 CW

14          Plaintiffs,

15       v.

16  ASTRAZENECA, LP, et al.,

17          Defendants.

18  _____/

19  GLORIA MILLER, et al.,                    No. C 09-4163 CW

20          Plaintiffs,

21       v.

22  ASTRAZENECA, LP, et al.,

23          Defendants.

24  _____/

25

26

27

28
```

3

**United States District Court**
For the Northern District of California

BONG NGYUEN, et al.,                                    No. C 09-4166 CW

       Plaintiffs,

   v.

ASTRAZENECA, LP, et al.,

       Defendants.

_____/

The Mulligan Law Firm moves to extend time for Plaintiffs Bobby Gott and Margaret Cline to finalize their settlement by two weeks, from January 7, 2013 until January 21, 2013.  Having found good cause for an extension, the Court GRANTS the motions (Docket Nos. 73 in 09-4150 and 78 in 09-4159) and sets January 21, 2013 as the deadline for these two Plaintiffs to finalize their claims.

The Miller Firm moves to extend time for the fourteen Plaintiffs listed below to finalize their settlement by thirty days, from January 7, 2013 until February 6, 2013.  Having found good cause for an extension, the Court GRANTS the motions (Docket Nos. 83 in 09-4147, 78 in 09-4148, 83 in 09-4149, 88 in 09-4157, 81 in 09-4158, 80 in 09-4161, 78 in 09-4165, 72 in 10-288 and 73 in 10-289) and sets February 6, 2013 as the deadline for these fourteen Plaintiffs to finalize their claims.

|   | Name | Case No. |
|---|------|----------|
| 1 | Aldmon, Keith (through his beneficiaries) | 09-4147 |
| 2 | Sapienza, Sam | 09-4148 |
| 3 | Moellenberndt, Tami | 09-4149 |
| 4 | Mitchell, Dan (as Personal Representative of James Mitchell) | 09-4149 |
| 5 | Bootie, Annie | 09-4157 |
| 6 | Bigford, Bobbie | 09-4157 |

| 7 | Gufee, Robert | 09-4158 |
| 8 | Boury, Bill | 09-4158 |
| 9 | Anderson, Daniel | 09-4158 |
| 10 | Hill, Regena | 09-4165 |
| 11 | Horridge, Mark | 10-288 |
| 12 | Camacho, Rosemary | 10-288 |
| 13 | Sheffield, Beverly | 10-289 |
| 14 | Nance, Orville (Guardian for Linda Nance) | 10-289 |

The Court notes that, in the cases filed by the Miller Firm, counsel has lodged chambers copies of certain documents for which the Court previously granted leave to file under seal for in camera review but that the documents have not been filed in the dockets of the cases.  See, e.g., Docket Nos. 74 and 76 in Case No. 09-4147.  The Court directs counsel to e-file each of the relevant documents under seal according to the instructions available on the ECF website under Frequently Asked Questions, in compliance with General Order 62.  See https://ecf.cand.uscourts.gov/cand/faq/under_seal.htm.  Documents so filed will be accessible only by the Court.  Counsel shall ensure that each of these documents is e-filed within a week of the date of this Order.

IT IS SO ORDERED.

Dated:  1/8/2013

CLAUDIA WILKEN
United States District Judge