1   PETER A. STROTZ, Bar No. 129904
    pstrotz@kslaw.com
2   OLIVER Q. DUNLAP, Bar No. 225566
    odunlap@kslaw.com
3   **KING & SPALDING LLP**
    101 Second Street, Suite 2300
4   San Francisco, California  94105
    Telephone:    415-318-1200
5   Facsimile:    415-318-1300

6   Attorneys for Defendant
    ASTRAZENECA LP AND ASTRAZENECA
7   PHARMACEUTICALS LP

8

9                    **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| LISA BAIN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>                    Defendants. | Case No.  4:09-cv-04147-CW |
| LISA SAUNDERS, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>                    Defendants. | Case No. 4:09-cv-04148-CW |
| KIMBERLY KESSLER, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>                    Defendants. | Case No. 4:09-cv-04149-CW |
| CYNTHIA ARNOLD, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>                    Defendants. | Case No. 4:09-cv-04157-CW |

1

**[PROPOSED] STIPULATED ORDER GRANTING OUSTANDING DISMISSALS**

DMSLIBRARY01-20217325.1

| | |
|---|---|
| ANGEL COLON, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>       Defendants. | Case No. 4:09-cv-04158-CW |
| MARK COFFEY, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>       Defendants. | Case No. 4:09-cv-04161-CW |
| SHARON DISTON, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>       Defendants. | Case No. 4:09-cv-04165-CW |
| DAMON BROWN, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>       Defendants. | Case No. 4:10-cv-00288-CW |
| DENNIS O'BRIEN, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>       Defendants. | Case No.  4:10-cv-00289-CW |
| DONALD BATES, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>       Defendants. | Case No. 4:09-cv-04150- CW |

2

[PROPOSED] STIPULATED ORDER GRANTING OUSTANDING DISMISSALS

| | |
|---|---|
| CAROLYN HARRISON, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br>             Defendants. | Case No. 4:09-cv-04151- CW |
| TODD BOGGIS, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br>             Defendants. | Case No. 4:09-cv-04159- CW |
| PAUL TRIM, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br>             Defendants. | Case No.  4:09-cv-04160-CW |
| ANTONIO BURTON, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br>             Defendants. | Case No. 4:09-cv-04162- CW |
| GLORIA MILLER, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br>             Defendants. | Case No. 4:09-cv-04163- CW |
| DAVID MARTE, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br>             Defendants. | Case No.  4:09-cv-04164-CW |

3

**[PROPOSED] STIPULATED ORDER GRANTING OUSTANDING DISMISSALS**

| | |
|---|---|
| BONG NGUYEN, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>ASTRAZENECA LP, et al.,<br><br>             Defendants. | Case No. 4:09-cv-04166-CW |

**[PROPOSED]** **STIPULATED ORDER GRANTING OUSTANDING DISMISSALS**

**WHEREAS** this court has previously ORDERED on June 20, 2012 and October 30, 2012 the dismissal with prejudice of the cases of select non-responsive plaintiffs in the above-listed actions for failure to prosecute their claims; and

**WHEREAS** the parties in the above-listed cases have filed various stipulated dismissals and motions to withdraw seeking to resolve the cases of all but a handful of plaintiffs in the above listed actions;

**IT IS ORDERED**, good cause existing, for the benefit of the Court, the parties, and witnesses, in furtherance of the interest of justice, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all Stipulated Dismissals with Prejudice as to Certain Plaintiffs previously filed by the parties in the above-listed actions are **GRANTED**. The claims of all plaintiffs in these actions -- with the exception of those of Miller firm plaintiffs Annie Bootie (Case No. 4:09-cv-04157), Bill Boury (Case No. 4:09-cv-04158), Daniel Anderson (Case No. 4:09-cv-04158), Rosemary Camacho (Case No. 4:10-cv-00288), Eric Negray (Case No. 4:10-cv-00289), Sam Sapienza (Case No. 4:09-cv-04148), Lynus Stewart (Case No. 4:10-cv-00289) and Miguel Porto (Case No. 4:09-cv-04161), all of whom are still pending final resolution -- are hereby dismissed with prejudice, thereby resolving these cases as to all plaintiffs except the eight noted above.

DATED: February __13_, 2013.

By: _____
Judge U.S. District Court
Northern District of California

4

DMSLIBRARY01-20217325.1

1

**CERTIFICATE OF SERVICE**

2

I, the undersigned, certify and declare as follows:

3

4

I am employed in the County of Alameda, State of California.  I am over the age of 18
years and am not a party to the within action.  My business address is 101 Second Street, San
Francisco, California 94105.

5

6

On February 12, 2013, I served the following document(s) described as:

7

• [PROPOSED] STIPULATED ORDER GRANTING OUSTANDING DISMISSALS

8

on all party(ies) in this action as follows:

9

☒ **BY ELECTRONIC SERVICE:** By transmitting via electronic transmission through the
United States District Court, Northern District of California's PACER filing system, the
document(s) listed above.

10

11

12

I declare under penalty of perjury under the laws of the State of California that the above
is true and correct.

13

Executed on February 12, 2013, at San Francisco, California.

14

15

*/s/ Diane Verduga*
DIANE VERDUGA

16

17

18

19

20

21

22

23

24

25

26

27

28

6

[PROPOSED] STIPULATED ORDER GRANTING OUSTANDING DISMISSALS